United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-10135-amc
Joseph B. Cadet                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2            Date Rcvd: Oct 17, 2016
                             Form ID: 138NEW          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
```
db          +Joseph B. Cadet,    1209 Knorr St.,    Philadelphia, PA 19111-4931
cr          +Aurora Bank FSB,    2617 College Dr.,    Scottsbluff, NE 69361-1796
12522338    +Aurora Bank FSB,    c/o Kimberly A. Bonner, Esq,    Zucker, Goldberg & Ackerman, LLC,
              200 Sheffield St.,    Mountainside, NJ 07092-2315
12262522    +Aurora Loan Services I,    10350 Park Meadows Dr St,    Littleton, CO 80124-6800
12522567     Aurora Loan Services, LLC.,    Bankruptcy Department,    PO Box 5180,    Denver, CO 80127
12522984    +Aurora Loan Srvs. LLC,    c/o Peter J. Mulcahy, Esq.,    1617 JFK Blvd., Ste. 1400,
              One Penn Ctr. Plaza,    Phila., PA 19103-1823
12517083    +Brad J. Sadek, Esq.,    1315 Walnut St., Ste 804,    Philadelphia, PA 19107-4708
12262524   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
             (address filed with court: Cach Llc,     370 17th St Ste 5000,    Denver, CO 80202)
12332173     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12262527    +Chase-Tjx,    Po Box 15298,    Wilmington, DE 19850-5298
12262528    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12262529    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13505674   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC.,     PO Box 619096,    Dallas, TX 75261-9741)
12262531   ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
              COLUMBUS OH 43215-2410
             (address filed with court: Nationwide Bank,     1 Nationwide Plz,    Columbus, OH 43215)
12262532    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12764721    +Selene Finance LP,    c/o Kimberly A. Bonner, Esq,    Zucker, Goldberg & Ackerman, LLC,
              200 Sheffield St,    Mountainside, NJ 07092-2315
12262534    +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Oct 18 2016 02:35:08      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 02:34:25
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2016 02:34:53      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 02:38:59
              Midland Funding LLC by American InfoSource LP as a,     PO Box 4457,    Houston, TX  77210-4457
12334427     E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 02:39:20      Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12319556     E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 02:38:02      Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12262530    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2016 02:38:47       Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
12933670     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 02:38:59      Midland Funding LLC,
              by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
12430064     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2016 02:47:49
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12510752    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2016 02:38:06
              PYOD LLC its successors and assigns as assignee of,     Citibank, NA, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
12279203     E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 02:39:21
              Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Capital Recovery IV LLC,    c/o Recovery Management Systems Corporat,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE, LLC,     Bankruptcy Department,
               350 Highland Drive,    Lewisville, TX  75067)
12262523*    +Aurora Loan Services I,    10350 Park Meadows Dr St,    Littleton, CO 80124-6800
12262525*   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
              (address filed with court: Cach Llc,     370 17th St Ste 5000,    Denver, CO 80202)
12262526*   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
              (address filed with court: Cach Llc,     370 17th St Ste 5000,    Denver, CO 80202)
12933672*     Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
               Houston, TX  77210-4457
12933679*     Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
               Houston, TX  77210-4457
12933680*     Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
               Houston, TX  77210-4457
12803598*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,    350 Highland Dr.,
               Lewisville, TX 75067-4177)
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Oct 17, 2016
                              Form ID: 138NEW          Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
12262533*    +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
NONE         ##+Brad J. Sadek,   Sadek Law Offices,   1315 Walnut Street,   Suite 804,
               Philadelphia, PA 19107-4708
                                                                           TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Aurora Bank FSB paeb@fedphe.com
              BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Debtor Joseph B. Cadet brad@sadeklaw.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Aurora Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
              KIMBERLY A. BONNER    on behalf of Creditor    AURORA BANK FSB amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Aurora Bank FSB amps@manleydeas.com
              LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pabk@logs.com
              PETER J. MULCAHY    on behalf of Creditor    Aurora Loan Services, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joseph B. Cadet
    Debtor(s)

Bankruptcy No: 11−10135−amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/17/16

111 − 110
Form 138_new