United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph B. Cadet  
      Debtor

Case No. 11-10135-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Nov 28, 2016  
                      Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2016.  
db          +Joseph B. Cadet,    1209 Knorr St.,    Philadelphia, PA 19111-4931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:  
        ANDREW    SPIVACK    on behalf of Creditor    Aurora Bank FSB paeb@fedphe.com  
        ANDREW    SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com  
        BRAD J. SADEK    on behalf of Debtor Joseph B. Cadet brad@sadeklaw.com  
        BRAD J. SADEK    on behalf of   Brad J. Sadek brad@sadeklaw.com  
        DANIELLE    BOYLE-EBERSOLE    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com,  
         bbleming@hoflawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Aurora Loan Services, LLC bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com  
        KIMBERLY A. BONNER    on behalf of Creditor    AURORA BANK FSB amps@manleydeas.com  
        KIMBERLY A. BONNER    on behalf of Creditor    Aurora Bank FSB amps@manleydeas.com  
        LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pabk@logs.com  
        PETER J. MULCAHY    on behalf of Creditor    Aurora Loan Services, LLC paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
                                                                                              TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 13

Joseph B. Cadet                                                                      : Case No. 11−10135−amc
        Debtor(s)

### ORDER
_____

    AND NOW, this day , November 28, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

115
Form 195