```
                UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

March 13, 2017

To: **Joseph B. Cadet**

                             In re: **Joseph B. Cadet**
                             Bankruptcy No. **11-10135AMC**
                             Adversary No.
                             Chapter **13**

Re **Motion to Reopen Case (docket #118)**

The above pleading was filed in this office on **3/13/17**. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

      ( )    Affidavit
      ( )    Certificate of Service
      ( )    Certification of no response
      ( )    Notice pursuant to Rule 9019
      ( )    Notice pursuant to Rule 2002
      ( )    Notice pursuant to Rule 3007.1
      ( )    Proof of Claim number not noted on
                  objection pursuant to Rule 3007.1(a)
      ( )    Proposed Order
      ( )    Stipulation
      ( )    Certification of Default
      ( )    $30.00 Filing Fee for Amendments
      ( )    $25.00 Claims Transfer Fee
      (**x**)   Other/**$235.00 filing fee**

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                                       Timothy B. McGrath
                                       Clerk

                                       Randi Janoff
                           By: _____
                                       Deputy Clerk

status.frm
(rev. 2/04/14)