United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-10135-amc
Joseph B. Cadet                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi             Page 1 of 1            Date Rcvd: Mar 13, 2017
                            Form ID: 167            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
db             +Joseph B. Cadet,    1209 Knorr St.,    Philadelphia, PA 19111-4931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    Aurora Bank FSB paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
      BRAD J. SADEK    on behalf of Debtor Joseph B. Cadet brad@sadeklaw.com
      BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
      DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com,
       bbleming@hoflawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Aurora Loan Services, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
      KIMBERLY A. BONNER    on behalf of Creditor    AURORA BANK FSB amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Aurora Bank FSB amps@manleydeas.com
      LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pabk@logs.com
      PETER J. MULCAHY    on behalf of Creditor    Aurora Loan Services, LLC paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                                   TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Joseph B. Cadet
    Debtor(s)

Case No: 11−10135−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Reopen Case

on: 4/4/17

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

Date: 3/13/17

For The Court

Timothy B. McGrath
Clerk of Court

119 − 118
Form 167