United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph B. Cadet  
      Debtor

Case No. 11-10135-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Mar 13, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.  
db        +Joseph B. Cadet,    1209 Knorr St.,    Philadelphia, PA 19111-4931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:

       ANDREW    SPIVACK    on behalf of Creditor    Aurora Bank FSB paeb@fedphe.com  
       ANDREW    SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com  
       BRAD J. SADEK    on behalf of Debtor Joseph B. Cadet brad@sadeklaw.com  
       BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com  
       DANIELLE    BOYLE-EBERSOLE    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com,  
        bbleming@hoflawgroup.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Aurora Loan Services, LLC bkgroup@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com  
       KIMBERLY A. BONNER    on behalf of Creditor    AURORA BANK FSB amps@manleydeas.com  
       KIMBERLY A. BONNER    on behalf of Creditor    Aurora Bank FSB amps@manleydeas.com  
       LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pabk@logs.com  
       PETER J. MULCAHY    on behalf of Creditor    Aurora Loan Services, LLC paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
        philaecf@gmail.com  
                                                                                                     TOTAL: 14

```
                  UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

March 13, 2017

To: **Joseph B. Cadet**

                                   In re: **Joseph B. Cadet**
                                   Bankruptcy No. **11-10135AMC**
                                   Adversary No.
                                   Chapter **13**

Re **Motion to Reopen Case (docket #118)**

The above pleading was filed in this office on **3/13/17**. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ( )  Affidavit
- ( )  Certificate of Service
- ( )  Certification of no response
- ( )  Notice pursuant to Rule 9019
- ( )  Notice pursuant to Rule 2002
- ( )  Notice pursuant to Rule 3007.1
- ( )  Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ( )  Proposed Order
- ( )  Stipulation
- ( )  Certification of Default
- ( )  $30.00 Filing Fee for Amendments
- ( )  $25.00 Claims Transfer Fee
- (**x**)  Other/$235.00 filing fee

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                                   Timothy B. McGrath
                                   Clerk


                                   Randi Janoff
                        By: _____
                                   Deputy Clerk

status.frm
(rev. 2/04/14)