UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| JOSEPH B. CADET | : | |
| | : | |
| Debtor | : | Bankruptcy No. 11-10135-AMC |

# ORDER

Upon consideration of the Letter/Motion to Reopen ("Motion") filed by the Debtor and, after a hearing was held in connection with the Motion on April 4, 2017, the Court hereby GRANTS the Motion.

Date: April 5, 2017

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE