United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-10135-amc
Joseph B. Cadet                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 2    Date Rcvd: Apr 06, 2017
                     Form ID: pdf900    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
```
db            +Joseph B. Cadet,    1209 Knorr St.,    Philadelphia, PA 19111-4931
cr            +Aurora Bank FSB,    2617 College Dr.,    Scottsbluff, NE 69361-1796
NONE          +Brad J. Sadek,    Sadek Law Offices,    1315 Walnut Street,    Suite 804,
                Philadelphia, PA 19107-4708
12522338      +Aurora Bank FSB,    c/o Kimberly A. Bonner, Esq,    Zucker, Goldberg & Ackerman, LLC,
                200 Sheffield St,    Mountainside, NJ 07092-2315
12262522      +Aurora Loan Services I,    10350 Park Meadows Dr St,    Littleton, CO 80124-6800
12522567       Aurora Loan Services, LLC.,    Bankruptcy Department,    PO Box 5180,    Denver, CO 80127
12522984      +Aurora Loan Srvs. LLC,    c/o Peter J. Mulcahy, Esq.,    1617 JFK Blvd., Ste. 1400,
                One Penn Ctr. Plaza,    Phila., PA 19103-1823
12517083      +Brad J. Sadek, Esq.,    1315 Walnut St., Ste 804,    Philadelphia, PA 19107-4708
12262524     ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court: Cach Llc,     370 17th St Ste 5000,    Denver, CO 80202)
12332173       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12262527      +Chase-Tjx,    Po Box 15298,    Wilmington, DE 19850-5298
12262528      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12262529      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13505674     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC.,    PO Box 619096,    Dallas, TX 75261-9741)
12262531     ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                COLUMBUS OH 43215-2410
               (address filed with court: Nationwide Bank,    1 Nationwide Plz,    Columbus, OH 43215)
12262532      +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12764721      +Selene Finance LP,    c/o Kimberly A. Bonner, Esq,    Zucker, Goldberg & Ackerman, LLC,
                200 Sheffield St,    Mountainside, NJ 07092-2315
12262534      +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 07 2017 01:40:14     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2017 01:39:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2017 01:39:56     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2017 01:36:27
                Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
12334427       E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:30:47     Capital Recovery III LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12319556       E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:30:49     Capital Recovery IV LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12262530      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2017 01:30:48     Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
12933670       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2017 01:36:22     Midland Funding LLC,
                by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
12430064       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2017 01:36:38
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12510752      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2017 01:30:54
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
12279203       E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:30:48
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            Capital Recovery IV LLC,    c/o Recovery Management Systems Corporat,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC,    Bankruptcy Department,
                350 Highland Drive,    Lewisville, TX  75067)
12262523*     +Aurora Loan Services I,    10350 Park Meadows Dr St,    Littleton, CO 80124-6800
12262525*    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court: Cach Llc,     370 17th St Ste 5000,    Denver, CO 80202)
12262526*    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court: Cach Llc,     370 17th St Ste 5000,    Denver, CO 80202)
12933672*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                Houston, TX  77210-4457
12933679*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                Houston, TX  77210-4457
12933680*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                Houston, TX  77210-4457
```

```
District/off: 0313-2          User: Randi                Page 2 of 2                  Date Rcvd: Apr 06, 2017
                              Form ID: pdf900            Total Noticed: 29


            ***** BYPASSED RECIPIENTS (continued) *****
12803598*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,     Bankruptcy Dept,    350 Highland Dr.,
                   Lewisville, TX 75067-4177)
12262533*       +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                              TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
```
          ANDREW   SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    Aurora Bank FSB paeb@fedphe.com
          BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
          BRAD J. SADEK    on behalf of Debtor Joseph B. Cadet brad@sadeklaw.com
          DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Selene Finance LP debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Aurora Loan Services, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
          KIMBERLY A. BONNER    on behalf of Creditor    AURORA BANK FSB amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    Aurora Bank FSB amps@manleydeas.com
          LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pabk@logs.com
          PETER J. MULCAHY    on behalf of Creditor    Aurora Loan Services, LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| JOSEPH B. CADET | : | |
| | : | |
| Debtor | : | Bankruptcy No. 11-10135-AMC |

## O R D E R

Upon consideration of the Letter/Motion to Reopen ("Motion") filed by the Debtor and, after a hearing was held in connection with the Motion on April 4, 2017, the Court hereby GRANTS the Motion.

Date:  April 5, 2017

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE