6/27/17  
Joseph Cadet  
Emilienne Cadet  
1209 Knorr Street  
Philadelphia ,Pa 19111  
Cell phones:  
(267)248-5394  
(267)770-7184  

Judge Ashley M. Chan  
Ref :Bankruptcy Petition  
#:11-10135-ame  

Dear Honor ,I make sign of reverence before you; in order for me to ask you to intervene once again in my bankruptcy case petitioned by lawyer Brad Sadek. It's been five(5) years already since this lawyer is handling a bankruptcy for me and is still no issue .During all those five (5) years ,I have paid all my dues to the Trustees and the lawyer himself.

Immediately ,after receiving discharge letter from the bankruptcy case I received another one from my mortgage co stating that I owed them and my house is in foreclosure .At first I called him up and he denied me completely .He told me he doesn't want to work for me no more .In his own word he doesn't want to get involve in this case. When in your magnanimity our Honor you have given permission to re-open the case ,he called us back and told us he is willing to work for us because his name is on the papers.

Now ,Mr Sadek asks us $ 1,500.00 to be paid in full to him to file something .Meanwhile ,the case is in status quo mode. We don't want him to do nothing for us again.

To be honest with you our Honor; I am totally dissatisfy of his performance. I would rather ask you to favor me please by setting a hearing date for Mr Sadek and I in which you will ask him to give me all my money back ;so ,I can hire another lawyer. This is all I want presently .My wife and I ,we want to finish with that unfortunate situation.

Dear Honor, we thank you so much for being taking care of that so delicate situation ;this is why God has made of you the genius of the touch.

        May God protect you.

        Please receive our distinguished salutations !

Joseph Cadet _____

Emilienne Cadet _____

**RECEIVED**

JUN 2 8 2017

ASHELY M. CHAN  
BANKRUPTCY JUDGE

A little notice our Honor ; I just want to advise you that for any follow up of this case, I will be out of the country from 7/3/17 thru 8/3/17

On 8/31/17 I have an important meeting in my job

On 9/7/17 I will be returning to work normally

Once again our Honor thank you for your cooperation

    I put in hands' God

Joseph Cadet _____