08/06/17  
Joseph Cadet  
Emilienne Cadet  
1209 Knorr Street  
Philadelphia, Pa 19111  
Cell phones:  
(267)248-5394  
(267)770-7184  

Judge Ashley M. Chan  
Ref: Bankruptcy Petition  
#:11-10135-ame  

Dear Honor, I am sending this correspondence to you ,in order to ask you to please **"dismiss the case"** that I had with Mr. Brad Sadek. There is no more need to set the hearing. I am just not interested in meeting with him again.

Thank you again your Honor for your helps.  
And may God be always on your side !!

Joseph Cadet   _____

Emilienne Cadet  _____

*FILED AUG 14 2017*  
*RECEIVED AUG 18 2017*  
ASHLEY M. CHAN  
BANKRUPTCY JUDGE